IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:05cr00017-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| DEREK F. GAVEGNANO | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED and ADJUDGED** that the United States' motion for summary judgment (Docket No. 134) is **GRANTED**; Gavegnano's motion to vacate, set aside, or correct sentence (Docket No. 129) is **DISMISSED**; and this matter is **STRICKEN** from the active docket of the court.

Further, the court finds that Gavegnano has not made the requisite showing of the substantial denial of a constitutional right as required by 28 U.S.C. § 2253(c) and, therefore, a certificate of appealability is **DENIED**.

**ENTER**: This 21st day of May, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE